```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                      JACKSONVILLE DIVISION
```

METROPOLITAN LIFE INSURANCE
COMPANY, et al.,

    Plaintiffs,

v.                                  CASE NO. 3:04-cv-668-J-99HTS

TIARESA E. CARTER, et al.,

    Defendants.

_____

## O R D E R

This cause is before the Court on the Motion of Defendant Blondell Johnson to Compel Discovery (Doc. #58; Motion), filed on April 29, 2005. Plaintiffs oppose the Motion. Plaintiffs Metropolitan Life Insurance Company and Metropolitan Insurance and Annuity Company's Response to Defendant Johnson's Motion to Compel (Doc. #60; Opposition), filed on May 13, 2005.

The Motion concerns an interrogatory, a request to produce, and a deposition of Plaintiffs. *See* Motion at 1-3. In the Opposition, it is represented "[d]iscussions are currently ongoing regarding the potential resolution" of the "non-deposition issues[.]" Opposition at 2 (capitalization omitted). With regard to the deposition, Plaintiffs arguments are centered around the

parol evidence rule, *see id.* at 5-11, which is not addressed in the Motion.

In light of the foregoing, it is

**ORDERED:**

Defendant Johnson shall, within eleven (11) days, file a response, not to exceed seven (7) pages, advising the Court whether the parties have successfully resolved the controversy with respect to the interrogatory and request for production. In addition, she should make known her position regarding the effect, if any, of the parol evidence rule on the permissibility of the deposition.

**DONE AND ORDERED** at Jacksonville, Florida this 20th day of May, 2005.

/s/      Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
    *pro se* parties, if any