UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

METROPOLITAN LIFE INSURANCE
COMPANY, et al.,

    Plaintiffs,

v.                                  CASE NO. 3:04-cv-668-J-99HTS

TIARESA E. CARTER, et al.,

    Defendants.
_____

**O R D E R**

    This cause is before the Court on Willie Williams' Motion to Intervene (Doc. #61; Motion), filed on May 16, 2005. The Motion is unopposed. *See id.* at 5; Stipulation Between Plaintiffs Metropolitan Life Insurance Company and Metropolitan Insurance Annuity Corporation and Proposed Intervenor Willie Williams (Doc. #69), filed on May 31, 2005, at 1; Response of Co-Defendant Johnson to Motion to Intervene filed by Willie R. Williams (Doc. #71), filed on May 31, 2005, at 1.

    The Court finding intervention in this case is proper pursuant to Rule 24(a), Federal Rules of Civil Procedure, the Motion (Doc. #61) is **GRANTED**. The Clerk of the Court is directed to file,

forthwith, the Intervenor Complaint Against Metropolitan Insurance and Annuity Company, attached to the Motion as Exhibit B.

**DONE AND ORDERED** at Jacksonville, Florida this 7th day of June, 2005.

/s/     Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
    *pro se* parties, if any